UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc.  Our File No.:  43102   JM-5630

Order Filed on November 8, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Wael Y. Musallam
Angela M. Musallam

Case No.:  16-24618

Hearing Date:  11-8-2016

Judge:  JNP

Chapter:  7

Recommended Local Form:   ☑ Followed     ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services  , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

   2015 Chevrolet Tahoe
   Vehicle Identification Number
   1GNSKBKC4FR159251

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*