| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057   (856)866-0100<br>Attorney for : Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc.  Our File No.: 43102   JM-5630 | **Order Filed on November 8, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>Wael Y. Musallam<br>Angela M. Musallam | Case No.:  16-24618<br><br>Hearing Date:  11-8-2016<br><br>Judge:  JNP<br><br>Chapter:  7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ☐ Real property more fully described as:

- ☑ Personal property more fully described as:

    2015 Chevrolet Tahoe
    Vehicle Identification Number
    1GNSKBKC4FR159251

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 16-24618-JNP
Wael Y Musallam                                               Chapter 7
Angela M. Musallam
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin            Page 1 of 1            Date Rcvd: Nov 08, 2016
                             Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db/jdb         +Wael Y Musallam,    Angela M. Musallam,    14 Andrew Court,    Glassboro, NJ 08028-2938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com;sklar@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Robert   Braverman    on behalf of Debtor Wael Y Musallam robert@bravermanlaw.com
              Robert   Braverman    on behalf of Joint Debtor Angela M. Musallam robert@bravermanlaw.com
                                                                                                TOTAL: 5
```