**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Wael Y Musallam** | Social Security number or ITIN   **xxx–xx–5290** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angela M. Musallam** | Social Security number or ITIN   **xxx–xx–6569** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–24618–JNP**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Wael Y Musallam

Angela M. Musallam

<u>11/23/16</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

**Order of Discharge**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-24618-JNP
Wael Y Musallam                                                 Chapter 7
Angela M. Musallam
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Nov 23, 2016
                           Form ID: 318        Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db/jdb     +Wael Y Musallam,    Angela M. Musallam,    14 Andrew Court,    Glassboro, NJ 08028-2938
516314477  +CCAP Auto Lease LTD,    P.O. Box 961272,    Fort Worth, TX 76161-0272
516412259   Ditech Financial LLC,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
             Westmont, NJ 08108
516314480   Ditech Financial LLC - Bankruptcy Dept,    P.O. Box 44265,    Jacksonville, FL 32231-4265
516314481  +Fred C. Haddad DMD LLC,    477 Greentree Road,    Sewell, NJ 08080-9339
516314482  +Kennedy University Hospital,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2054
516314483   Nissan Motor Acceptance Corporation,    Bankruptcy Department,    P.O. Box 660366,
             Dallas, TX 75266-0366
516314486   Vernose & McGrath Otolaryngology Assoc,    1841 South Broad Street,
             Philadelphia, PA 19148-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2016 22:53:45     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2016 22:53:41     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: WFFC.COM Nov 23 2016 22:38:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
             1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516314475   EDI: TSYS2.COM Nov 23 2016 22:38:00     Barclay Card,    Card Services,    P.O. Box 13337,
             Philadelphia, PA 19101-3337
516314476  +EDI: CAPITALONE.COM Nov 23 2016 22:38:00     Capital One,    P.O. Box 30281,
             Salt Lake City, UT 84130-0281
516314478  +EDI: CHASE.COM Nov 23 2016 22:43:00     Chase Bank USA, NA,    P.O. Box 15298,
             Wilmington, DE 19850-5298
516314479   EDI: CITICORP.COM Nov 23 2016 22:38:00     CitiBank,    P.O. Box 6241,    IBS CDV Disputes,
             Sioux Falls, SD 57117-6241
516376657   EDI: RMSC.COM Nov 23 2016 22:38:00     Synchrony Bank,
             c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
516314484  +EDI: TDBANKNORTH.COM Nov 23 2016 22:38:00     TD Bank N.A.,    32 Chestnut Street,
             Lewiston, ME 04240-7799
516314485   EDI: TDBANKNORTH.COM Nov 23 2016 22:38:00     TD Bank NA,    P.O. Box 219,
             Lewiston, ME 04243-0219
516314487   EDI: WFFC.COM Nov 23 2016 22:38:00     Wells Fargo Dealer Services,
             Attn:  Correspondence - MAC T9017-026,    P.O. Box 168048,    Irving, TX 75016-8048
                                                                                          TOTAL: 11

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties in interest. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                          Signature:  /s/Joseph Speetjens



# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com;sklar@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,    donna1@mortoncraig.com;mhazlett@mortoncraig.com
              Robert Braverman    on behalf of Debtor Wael Y Musallam robert@bravermanlaw.com

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 23, 2016
                             Form ID: 318              Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert   Braverman    on behalf of Joint Debtor Angela M. Musallam robert@bravermanlaw.com
                                                                                TOTAL: 5